IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Robert G. Massey, | ) | Case No.: 6:21-1656-HMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| Reliance Standard Life Insurance Company, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, on behalf of the parties, hereby respectfully gives the court notice that the matter *sub judice* has settled and the court may issue a *Rubin* order. As soon as the closing papers have been properly executed, the parties will forward them over to the court.

                                          s/ Nathaniel W. Bax
                                          Nathaniel W. Bax, Esq.
                                          Federal Bar #: 09835
                                          **FOSTER LAW FIRM, LLC**
                                          PO Box 2123
                                          Greenville, SC 29602
                                          (864) 242-6200
                                          (864) 233-0290 (facsimile)
                                          E-mail: nbax@fosterfoster.com

Date: <u>August 19, 2021</u>                   Attorneys for Plaintiff